IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> DROPBOX, INC., <br><br> DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**

Plaintiff SynKloud Technologies, LLC ("SynKloud") herby moves for an extension of time to file an Opposition to Defendant's Motion to Transfer (D.I. 19).

The Plaintiff's Opposition is currently due on December 3, 2019.  Plaintiff requests an extension through and including December 10, 2019.  Defendant does not oppose this extension.

Plaintiff believes that the interests of justice will be served by extending the opposition date in order to provide Plaintiff with sufficient time to properly investigate and respond to the Motion to Transfer because the current allocated time overlaps with the Thanksgiving Holiday.

For the foregoing reasons, Plaintiff prays that the Court grant this motion.

Dated: November 26, 2019

Local Counsel:
Kevin J. Terrazas (SBN 24060708)
kterrazas@clevelandterrazas.com
CLEVELAND TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, TX 78746
Telephone: (512) 680-3257

Respectfully,

/s/ *Deepali Brahmbhatt*
Deepali Brahmbhatt *(Pro Hac Vice)*
dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660

-2-

| | |
|---|---|
| Of Counsel: | Telephone: (949) 502-2870 |
| John Lord *(Pro Hac Vice)* | Facsimile: (949) 258-5081 |
| jlord@onellp.com | |
| ONE LLP | *Attorneys for Plaintiff SynKloud* |
| 9301 Wilshire Blvd. | *Technologies, LLC* |
| Penthouse Suite | |
| Beverly Hills, CA 90210 | |
| Telephone: (310) 866-5157 | |
| Facsimile: (310) 943-2085 | |

## CERTIFICATE OF CONFERENCE

The undersigned certifies counsel conferred and Defendant's counsel agreed to the relief sought. Accordingly, this motion and the relief requested herein are unopposed.

   /s/ Deepali Brahmbhatt
  Deepali Brahmbhatt

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2019 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

   /s/ Deepali Brahmbhatt
  Deepali Brahmbhatt