# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>       PLAINTIFF,<br><br>  v.<br><br>DROPBOX, INC.,<br><br>       DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This Court, after considering the foregoing Dropbox's Motion For Reconsideration, is of the opinion that the Motion should be granted.

**IT IS ORDERED** that Dropbox's Motion for Reconsideration is **GRANTED**. Accordingly, the above-captioned case is transferred to the Northern District of California.

**SIGNED** THIS _____ day of _____, 20___.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE