# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No.   6:19-cv-00525-ADA |
| v. | |
| DROPBOX, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

Sven Stricker requests permission to withdraw as counsel for Defendant Dropbox, Inc. This motion is based on good cause. Sven Stricker is leaving the firm of Kelly Hart & Hallman LLP. Kelly Hart & Hallman LLP and Wilmer Cutler Pickering Hale & Dorr LLP will continue to represent Dropbox, Inc.

Plaintiff Synkloud Technologies, LLC has no objection to this withdrawal as counsel and will not be harmed by his withdrawal.

Dated: <u>August 17, 2020</u>                          Respectfully submitted,

By:     */s/ J. Stephen Ravel*
          J. Stephen Ravel
          Texas State Bar No. 16584975
          Sven Stricker
          Texas State Bar No. 24110418
          KELLY HART & HALLMAN LLP
          303 Colorado, Suite 2000
          Austin, Texas 78701
          Tel: (512) 495-6429
          steve.ravel@kellyhart.com
          sven.stricker@kellyhart.com

          ATTORNEYS FOR DEFENDANT DROPBOX, INC.

## CERTIFICATE OF CONFERENCE

The undersigned certifies counsel conferred and Plaintiff's counsel agreed to the relief sought. Accordingly, this motion and the relief requested herein are unopposed.

*/s/ J. Stephen Ravel*
J. Stephen Ravel

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 17, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ J. Stephen Ravel*
J. Stephen Ravel