IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>DROPBOX, INC.,<br><br>DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF SYNKLOUD TECHNOLOGIES, LLC'S
UNOPPOSED MOTION TO WITHDRAW JOHN LORD, ESQ. AS COUNSEL**

Pursuant to Local Rule AT-3, Plaintiff SynKloud Technologies, LLC ("Plaintiff" or "SynKloud") files this Unopposed Motion to Withdraw John Lord, Esq. of One LLP as Counsel and shows:

1. John Lord, having appeared in the above referenced action on behalf of SynKloud because SynKloud has changed its counsel for the action. Accordingly, Mr. Lord will no longer be representing Plaintiff in this action.

2. Plaintiff will continue to be represented in this action by Kevin J. Terrazas of Cleveland Terrazas PLLC and Deepali Brahmbhatt of Devlin Law Firm LLC. Please note change of law firm and address for Deepali Brahmbhatt filed concurrently with this filing.

2. Plaintiff has contacted Defendant Dropbox, Inc. ("Defendant" or "Dropbox") with respect to the filing of this Motion and Dropbox is unopposed to the granting of this Motion and the withdrawal of Mr. Lord as counsel for SynKloud.

Accordingly, Plaintiff requests the Court to grant this Unopposed Motion and permit the withdrawal of Mr. Lord as counsel of record in the above-referenced action.

| | |
|---|---|
| Dated: November 2, 2020 | Respectfully, |
| Local Counsel:<br>Kevin J. Terrazas (SBN 24060708)<br>kterrazas@clevelandterrazas.com<br>CLEVELAND TERRAZAS PLLC<br>4611 Bee Cave Road, Suite 306B<br>Austin, TX 78746<br>Telephone: (512) 680-3257 | */s/ Deepali Brahmbhatt*_____<br>Deepali Brahmbhatt *(Pro Hac Vice)*<br>dbrahmbhatt@devlinlawfirm.com<br>Devlin Law Firm LLC<br>3120 Scott Blvd #13,<br>Santa Clara, CA 95054<br>Telephone: (650) 254-9805<br><br>*Attorneys for Plaintiff SynKloud Technologies, LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 2, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.


 */s/ Deepali Brahmbhatt*
 Deepali Brahmbhatt