# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> DROPBOX, INC., <br><br> DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA <br><br> **JURY TRIAL DEMANDED** |

### SYNKLOUD TECHNOLOGIES, LLC'S NOTICE REGARDING CHANGE OF ADDRESS AND CORPORATE CONVERSION

Plaintiff SynKloud Technologies, LLC ("SynKloud" or "Plaintiff") hereby submits this notice regarding its change of address to 3000 Polar Lane #202 Cedar Park, TX 78613 and conversion from a Delaware corporation to a Texas corporation. (See Exhibits A-B.)

Dated: November 4, 2020

Local Counsel:
Kevin J. Terrazas (SBN 24060708)
kterrazas@clevelandterrazas.com
CLEVELAND TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, TX 78746
Telephone: (512) 680-3257

Respectfully,

*/s/ Deepali Brahmbhatt*
Deepali Brahmbhatt (*Pro Hac Vice*)
dbrahmbhatt@devlinlawfirm.com
Devlin Law Firm
1320 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805
Facsimile: (302) 353-4251

Timothy Devlin (*Pro Hac Vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff SynKloud Techs. LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

                                              */s/ Deepali Brahmbhatt*
                                              Deepali Brahmbhatt