# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>DROPBOX, INC.,<br><br>DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA<br><br>**JURY TRIAL DEMANDED** |
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>DROPBOX, INC.,<br><br>DEFENDANT. | Civil Action No. 6:19-cv-00526-ADA<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF SYNKLOUD TECHNOLOLGIES, LLC'S NOTICE OF DISMISSAL OF THE ALLEGED RELATED CASE IN NDCA

Plaintiff SynKloud Technologies, LLC ("SynKloud") hereby files this judicial notice in support of its opposition to motion to reconsider transfer (Civ. No. 6:19-cv-00525-ADA, D.I. 61; 6:19-cv-00526-ADA D.I. 65) that the alleged related case in NDCA has been dismissed. (Exhibit A).

Dated: June 22, 2021

Local Counsel:
Kevin J. Terrazas (SBN 24060708)
kterrazas@clevelandterrazas.com
CLEVELAND TERRAZAS PLLC

Respectfully,

*/s/ Deepali Brahmbhatt*
Deepali Brahmbhatt *(Pro Hac Vice)*
dbrahmbhatt@devlinlawfirm.com
Devlin Law Firm

4611 Bee Cave Road, Suite 306B
Austin, TX 78746
Telephone: (512) 680-3257

1320 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805
Facsimile: (302) 353-4251

Timothy Devlin (*Pro Hac Vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff SynKloud Technologies, LLC*

## CERTIFICATE OF SERVICE

     The undersigned certifies that on June 22, 2021 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

      /s/ Deepali Brahmbhatt
     Deepali Brahmbhatt