# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, | Case No. 3:20-CV-07760-WHA |
| Plaintiff, | [PROPOSED] ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION |
| vs. | |
| ADOBE INC., | The Hon. William H. Alsup |
| Defendant. | |

[PROPOSED] ORDER APPROVING
STIPULATION OF VOLUNTARY DISMISSAL OF
THE ACTION
Case No. 3:20-CV-07790-WHA

# ~~[PROPOSED]~~ ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION

Pursuant to the stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff's claims in this action are voluntarily dismissed with prejudice, and defendant's counterclaims in this action are dismissed without prejudice.  Each side bears its own costs and fees.

IT IS SO ORDERED.

Dated: June 22, 2021

Honorable William H. Alsup
U.S. District Court Judge