IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>DROPBOX, INC.,<br><br>DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff SynKloud Technologies, LLC and Defendant Dropbox, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees and with each party knowingly and voluntarily waiving any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorney fees or other expenses associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

Dated:  June 2, 2022

By: */s/ Deepali Brahmbhatt*
Kevin J. Terrazas (SBN 24060708)
kterrazas@clevelandterrazas.com
TERRAZAS PLLC
1001 S. Capital of Texas Hwy
Bldg L, Suite 250
Austin, TX 78746
Telephone: (512) 680-3257

Deepali Brahmbhatt (*Pro Hac Vice*)
dbrahmbhatt@devlinlawfirm.com
Devlin Law Firm
1320 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805
Facsimile: (302) 353-4251

Timothy Devlin (*Pro Hac Vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*
*SynKloud Technologies, LLC*

By: */s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, TX 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

Gregory H. Lantier (*Pro Hac Vice*)
DC Bar No. 492043
Virginia State Bar No. 65657
New York State Bar No. 4823217
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6327
Email: gregory.lantier@wilmerhale.com

Monica Grewal (*Pro Hac Vice*)
Massachusetts State Bar No. 659449
Connecticut State Bar No. 414009
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6223
Email: monica.grewal@wilmerhale.com

Liv Herriot (*Pro Hac Vice*)
California State Bar No. 267694
WILMER CUTLER PICKERING
HALE & DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6138
Email: liv.herriot@wilmerhale.com

*Attorneys for Defendant Dropbox, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on June 2, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel
