# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>DROPBOX, INC.,<br><br>DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff SynKloud Technologies, LLC and Defendant Dropbox, Inc.'s Stipulated Motion for Dismissal With Prejudice (the "Motion"). Having considered the same, this Court finds that the Motion should and hereby is GRANTED.

It is therefore ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Clerk shall mark this case CLOSED. All parties shall bear their own attorneys' fees and costs.

SIGNED THIS __6th__ day of __June__, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE